**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Frankie Barbara DELISE, a/k/a Dixie Johnson, Defendant–Appellant.**

No. 01–7304.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 13, 2001.

Decided Jan. 24, 2002.

Andrea Celestine Long, Boone, Beale, Cosby & Long, Richmond, Virginia, for Appellant. Kevin Michael Comstock, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Frankie Barbara Delise seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Delise*, Nos. CR–99–16; CA–00–586–2 (E.D.Va. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WILKINS, MOTZ, and KING, Circuit Judges.